UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIYONG DING,<br><br>                Petitioner,<br><br>   v.<br><br>A. NEIL CLARK,<br><br>                Respondent. | CASE NO. C08-1334-RSM-BAT<br><br>REPORT AND RECOMMENDATION |

Petitioner Zhiyong Ding is a lawful permanent resident of the United States who is being detained by the U.S. Immigration and Customs Enforcement ("ICE") at the Northwest Detention Center in Tacoma, Washington. On September 5, 2008, he filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking "conditional release or a bond hearing before the Immigration Judge." (Dkt. 6 at 1). On October 15, 2008, respondent filed a Notice of Administrative Action Mooting Requested Habeas Relief, indicating that on October 14, 2008, petitioner appeared before an Immigration Judge, who, over the objection of respondent, entered bond in the amount of $30,000. (Dkt. 11). The government asserted in the Notice that "[b]ecause Petitioner has received the relief specifically requested in his habeas petition, his Petition for Writ of Habeas Corpus is now moot and should be dismissed." *Id*. The Court, therefore, construed

REPORT AND RECOMMENDATION
PAGE – 1

respondent's Notice as a Motion to Dismiss and directed the Clerk to note the motion, Dkt. 11, on the Court's calendar for consideration. (Dkt. 13). On October 17, 2008, respondent submitted a declaration, indicating that petitioner posted bond and was released from ICE custody on October 16, 2008. (Dkt. 14).

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that this action be dismissed. A proposed Order accompanies this Report and Recommendation.

DATED this 17th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE – 2