UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIYONG DING,

    Petitioner,

v.

A. NEIL CLARK,

    Respondent.

CASE NO. C08-1334-RSM-BAT

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, DISMISSED as moot, and Respondent's motion to dismiss, Dkt. 11, is GRANTED; and

(3) The Clerk is directed to send a copies of this Order to the parties and to Judge Tsuchida.

DATED this _6_ day of January 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER